COURT OF CRIMINAL APPEALS OF TEXAS 82546-01
AUSTIN, TEXAS. 78711

December 18, 2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

Re: WRIT NO. WR-82,546-01

Dear Clerk,

On December 18, 2014 I received notice from this Court that the above 11.07 Writ of Habeas was received and presented.

I was unawhare that the lower court had even completed it's facts findings and conclusion of laws in this matter. Nor was I notified of any response by the State or Counsel to the designated issue of Ineffective Assistance of Counsel. Basically I have received nothing by way of documents since the filing of this Writ in the lower court.

Please forward me a copy of what the court filed in this Court so that I may properly prepare. Thank you for your time in this matter.

Sincerely,

Mr. James J Davenport
TDCJ# 1632406
Bill Clements Unit
9601 Spur 591
Amarillo, Texas. 79107